Michael R. Maizel
**OTTERBOURG P.C.**
230 Park Avenue
New York, New York 10169
Telephone: 212-661-9100
E-mail: mmaizel@otterbourg.com

*Counsel to Alter Domus (US) LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

CARRIOX TOWERCAP LLC,                         Case No. 25-73099 (AST)
                                              Chapter 11
            Debtor.
-------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Alter Domus (US) LLC as Administrative Agent and Collateral Agent for and representative of EAVF/SLF BB Leverage SPV, LLC, EAVF/SLF CC Leverage SPV, LLC, and AVF III US Aggregator, L.P. in the above-captioned case (the "Case") and pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and requests that any and all notices and papers filed or entered in this Case be delivered to and served upon:

OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
Telephone:   (212) 661-9100
Facsimile:   (212) 682-6104
Attn:   Michael R. Maizel, Esq.
        (mmaizel@otterbourg.com)

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail, or otherwise is filed or made with regard to this Case.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) the right to trial by jury in any proceeding triable in this Case or any related case, controversy, or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) abstention, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, and (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      September 3, 2025              **OTTERBOURG P.C.**

                                        By:    */s/ Michael R. Maizel*
                                                 Michael R. Maizel
                                                 230 Park Avenue
                                                 New York, New York 10169
                                                 Telephone: 212-661-9100
                                                 E-mail: mmaizel@otterbourg.com

                                                 *Counsel to Alter Domus (US) LLC*